GENERAL PLATERS SUPPLY COMPANY, INC., Respondent, v. JEROME
MENDLESON and Others, Copartners, etc., Appellants.— Judgment and
order affirmed, with costs.   No opinion.   Present — Dowling, Laughlin,
Smith, Page and Merrell, JJ.; Smith, J., dissented as to the item of goods
not delivered.

BAZENA T. D. MERRIMAN, Respondent, v. THE CITY OF NEW YORK,
Appellant, Impleaded with Another.— Judgment affirmed, with costs.   No
opinion.   Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

SARNIA STEAMSHIP CORPORATION, Appellant, v. E. S. TRUDELL, Respond-
ent.— Judgment affirmed, with costs.   No opinion.   Present — Dowling,
Laughlin, Smith, Page and Merrell, JJ.

SHUR-LOC ELEVATOR SAFETY COMPANY, INC., Respondent, v. WILLIAM
F. PURCELL and Another, Appellants.— Judgment affirmed, with costs.
No opinion.   Present — Laughlin, Smith, Page and Merrell, JJ.

HARRIET E. ERLANGER, Appellant, v. ARTHUR G. ERLANGER, Respond-
ent.— Judgment affirmed.   No opinion.   Present — Laughlin, Smith, Page
and Merrell, JJ.

HELEN M. MCENTYRE, Respondent, v. JAMES GEORGE MCENTYRE,
Appellant.— Order modified as stated in order.   No opinion.   Present —
Laughlin, Smith, Page and Merrell, JJ.

MATTER OF ———, an Attorney.— Application denied.   Opinion per
curiam.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of SAMUEL S. FIELD and Others.   (Proceeding No. 4.)
— Submit affidavit of referee as to services rendered.   Present — Dowling,
Laughlin, Smith, Page and Merrell, JJ.

KATHRYN MOORE v. THE CITY OF NEW YORK.— Motion to dismiss
appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin,
Dowling, Smith and Page, JJ.

FREDERICK ASHER v. THE CITY OF NEW YORK.— Motion to dismiss
appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin,
Dowling, Smith and Page, JJ.

OLIVER J. DYKEMAN v. ERNEST FAHNESTOCK, as Administrator, etc.—
Motion to dismiss appeal granted, with ten dollars costs, unless appellant
comply with terms stated in order.   Present — Clarke, P. J., Laughlin,
Dowling, Smith and Page, JJ.

In the Matter of DAVID Y. KINNIBURGH, Deceased.— Motion to dismiss
appeal granted, with ten dollars costs, unless appellant comply with terms
stated in order.   Present — Clarke, P. J., Laughlin, Dowling, Smith and
Page, JJ.